*E-Filed 7/29/13*

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

GERALD L. WORSLEY,

          Plaintiff,

    v.

JOHN DOE,

          Defendant.

_____/

No. C 13-3011 RS (PR)

**ORDER OF DISMISSAL**

      Plaintiff has failed to comply with the Court's order to (1) file a complete application to proceed *in forma pauperis* ("IFP"), or (2) pay the full filing fee of $350.00. Plaintiff also has failed to file a complaint by the deadline. Accordingly, the action is DISMISSED without prejudice for failing to respond to the Court's order, and for failure to prosecute, *see* Fed. R. Civ. P. 41(b). Because this dismissal is without prejudice, plaintiff may move to reopen the action. Any such motion **must** contain (1) a complete IFP application, or the full filing fee of $350.00, **and** (2) a complaint. The Clerk shall enter judgment in favor of defendant, and close the file.

      **IT IS SO ORDERED**.

DATED: July 29, 2013

                               RICHARD SEEBORG
                               United States District Judge